# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN RE:

DIANE KAYE GENTRY,

       DEBTOR,
_____/

CASE NO 09-36472 dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Michael A. Mason and Barbara Duggan,
       Plaintiffs,

Adversary No. 12-03340-dof

v

Diana Kaye Gentry
       Defendant.
_____/

## ORDER DISMISSING BARBARA DUGGAN AS PLAINTIFF IN ADVERSARY PROCEEDING NO. 12-03340-DOF

    This matter have come before the Court and the Court having set an Order for Show Cause as to why Plaintiff, Barbara Duggan, should not be dismissed as a Plaintiff in this case;

    **NOW THEREFORE;**

    **IT IS HEREBY ORDERED** that Barbara Duggan shall be and is hereby dismissed with prejudice as a Plaintiff from Adversary Proceeding No. 12-03340-dof.

**Signed on February 01, 2018**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**